## WRITTEN CONSENT TO ACTION OF THE SOLE MEMBER OF

## TC LAGUNA NIGUEL SENIOR, LLC

The undersigned, being the sole Member of TC Laguna Niguel Senior, LLC, a Delaware limited liability company (the "Company"), who would be entitled to take the actions and adopt the resolutions set forth below without a meeting does hereby waive such meeting, make the following statements, take the following actions and adopt the following resolutions by written consent to action without a meeting of the Company and directs that this written consent be delivered to the Company for inclusion in the Company minutes and for filing with the Company records.

Bankruptcy

WHEREAS, the undersigned has determined that it is desirable and in the best interests of the Company, its creditors, its Member and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), for the purpose of reorganizing the Company's financial affairs;

RESOLVED, that the Company be, and it hereby is, authorized, directed and empowered (i) to file the Petition, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it further

RESOLVED, that Scott A Dyche, the designated officer of Trammell Crow Acquisitions I-II, Inc, which is the general partner of Trammell Crow Acquisitions I-II, GP, L.P., which is the general partner of Trammell Crow Company Acquisitions II, L.P., which is the sole member of the undersigned sole Member of the Company (the "Designated Officer") be, and hereby is, authorized, directed and empowered, severally, from time to time, on behalf of and in the name of the Company, without a meeting of the Company or the giving of notice to any other person, (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and be it further

RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered, severally, from time to time, in the name and on behalf of the Company to take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such Designated Officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code, all such actions to be performed in such

103395836

manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the Designated Officer shall approve, the performance or execution thereof by the Designated Officer to be conclusive evidence of the approval thereof by such Designated Officer and by the Company; and be it further

RESOLVED, that the restructuring of the debt and other obligations of, and equity interests in, the Company is in the overall best interests of the Company and its creditors, member and other interested parties; and be it further

RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered, severally, from time to time, on behalf of and in the name of the Company (i) to execute, verify and file or cause to be filed a plan and accompanying disclosure statement as the Designated Officer may approve, and (ii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer may approve; and be it further

RESOLVED, that the law firm of Pachulski Stang Ziehl & Jones be, and it hereby is, authorized, empowered and directed to represent the Company as debtor and debtor in possession and as general bankruptcy counsel, in connection with any case commenced by it under the Bankruptcy Code; and be it further

RESOLVED, that the Designated Officer be, and hereby is, authorized to employ, special counsel, accountants or other professionals as appropriate in connection with any case commenced by the Company under the Bankruptcy Code; and be it further

RESOLVED, that the Designated Officer be hereby is, authorized and directed in the name and on behalf of the Company (a) to do and perform or cause to be done and performed all such acts and things as the Designated Officer shall deem necessary, advisable or appropriate to give effect to the intent and purposes of the foregoing resolutions and (b) to execute and deliver all such agreements, amendments, certificates, directions, representations, transfers, assurances and other instruments and documents of every character and to do and perform or cause to be done and performed such other and further acts and things as the Designated Officer shall deem necessary, advisable or appropriate to give effect to the intent and purposes of the foregoing resolutions; and be it further

General

RESOLVED, that the authority and power granted hereunder shall be deemed retroactive and any and all acts authorized hereunder performed prior to the adoption of these resolutions in furtherance of the intent and purposes hereof be, and each of them hereby is, ratified, affirmed and approved; and be it further

RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and each of them hereby is, confirmed, ratified and approved in all respects.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has executed this Consent on April 22, 2010.

TC Laguna Niguel, LLC, a Delaware limited liability company

By Trammell Crow Company Acquisitions II, L.P., a Delaware limited partnership, its Sole Member

    By Trammell Crow Acquisitions I-II, GP, L.P., a Delaware limited partnership, its General Partner

        By Trammell Crow Acquisitions I-II Inc., a Delaware corporation, its General Partner

        By _____

        Scott A. Dyche, Sr. Vice President

103395836