# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| TC LAGUNA NIGUEL SENIOR, LLC., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

## TC LAGUNA NIGUEL SENIOR, LLC
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| Shepherd of the Hills Church of Laguna Niguel<br>30121 Niguel Road<br>Laguna Niguel, CA 92677 | Liane Lindsey-Woodman<br>Tel: (949) 495-1310<br>Fax: (949) 495-1339 | Damages claim | Unknown | Disputed |
| Valeo Companies<br>26473 Rancho Parkway South<br>Lake Forest, CA 92630 | Conrad Sick<br>Tel: (714) 335-4420 | Indemnification claim | $5,650,000 | Contingent |
| Conrad A. Sick and Marilyn Jean Sick, individually and as Trustees of the Sick Family Trust u/d/t February 8, 2004<br>c/o Valeo Companies<br>26473 Rancho Parkway South<br>Lake Forest, CA 92630 | Tel: (714) 335-4420 | Indemnification claim | $5,650,000 | Contingent |
| Mark C. Yeager<br>c/o Valeo Companies<br>26473 Rancho Parkway South<br>Lake Forest, CA 92630 | Tel: (714) 335-4420 | Indemnification claim | $5,650,000 | Contingent |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| Brad Disston<br>c/o Valeo Companies<br>26473 Rancho Parkway South<br>Lake Forest, CA 92630 | Tel: (714) 335-4420 | Indemnification claim | $5,650,000 | Contingent |
| Gary Citron<br>c/o Valeo Companies<br>26473 Rancho Parkway South<br>Lake Forest, CA 92630 | Tel: (714) 335-7115 | Indemnification claim | $5,650,000 | Contingent |