IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TC LAGUNA NIGUEL SENIOR, LLC., | ) | Case No. 10-11334 |
| | ) | |
| Debtor. | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

| SHAREHOLDER | ADDRESS | INTEREST |
|---|---|---|
| TC Laguna Niguel, LLC | 2001 Ross Avenue, Suite 2600<br>Dallas, Texas 75201 | 100% |
| | **TOTAL:** | **100%** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TC LAGUNA NIGUEL SENIOR, LLC., | ) | Case No. 10-11334 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The debtor and debtor in possession (the "Debtor") in the above-captioned case, hereby certifies under penalty of perjury that the *List of Equity Security Holders* of the Debtor submitted herewith, pursuant to Local Rule 1007-1 (a) of the Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 6, 2010

Signature: /s/ Scott A. Dyche
Mr. Scott A. Dyche
Designated Officer